NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000040
28-MAR-2012
08:20 AM

NO. CAAP-11-0000040

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HENRY PUULEI, Plaintiff-Appellee,
v.

RANDALL C.M. WHITNEY,
also known as RANDALL C.M. WORSLEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 10-1-0098)

ORDER APPROVING THE STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, the papers in support, and the records and files herein, it appears that the parties have settled the underlying case and agree to dismiss this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and this appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, March 28, 2012.

Presiding Judge

Associate Judge

Associate Judge